# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ROBIN BLAINE WILKINSON**                                                                 **PLAINTIFF**

V.                                     NO. 3:22-cv-00097-BRW

**CITY OF CARAWAY, ET AL.**                                                             **DEFENDANTS**

## ORDER

Plaintiff's Motion to Amend Complaint (Doc. No. 15) is DENIED without prejudice.  Although Plaintiff names new defendants (all of them related to the City of Jonesboro), he does not specify how they have violated his rights.

If Plaintiff files another motion for leave to file an amended complaint, his proposed amended complaint should specifically: (1) identify the parties responsible for his alleged injury; (2) state how each individual Defendant was *personally* involved; and (3) explain the injury he suffered as a result of each Defendant's conduct.

Additionally, an amended complaint, if filed, will supersede or replace the current complaint. See *In re Atlas Lines, Inc*. 209 F.3d 1064, 1067 (8th Cir. 2000) (an amended complaint supersedes an original complaint and renders the original complaint without legal effect). Plaintiff should make sure that his amended complaint includes all allegations relevant to the claim(s) he wants to pursue in this lawsuit.

Finally, Plaintiff need only include a "short and plain statement" showing that he is entitled to relief, with allegations that are "simple, concise, and direct." FED. R. CIV. P. 8(a)(1) & (d).

IT IS SO ORDERED this 17th day of May, 2022.

<u>Billy Roy Wilson</u><br>
UNITED STATES DISTRICT JUDGE