IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROBIN BLAINE WILKINSON**                                                              **PLAINTIFF**

**VS.**                                        **3:22-CV-00097-BRW**

**CITY OF CARAWAY, ARKANSAS,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, April 25, 2023, this case is dismissed with prejudice.

IT IS SO ORDERED this 25th day of April, 2023.

                                                BILLY ROY WILSON
                                       UNITED STATES DISTRICT JUDGE